# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00597-CV

**B. K. Cypress Log Homes, Inc., Appellant**

**v.**

**Robert Whitwell and Pamela Whitwell, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN302803, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant wishes to withdraw its appeal. See Tex. R. App. P. 42(a)(1). The appeal is dismissed.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: November 18, 2004